## JACKSON, ex. dem. THOMPSON, against STILES, SEELY, tenant.

The landlord will not be permitted to defend alone, in ejectment, until the tenant first neglect or refuse to appear, which should be stated in the affidavit for the motion.

H. HAMILTON, moved that *Bouck*, the landlord, be admitted to defend this cause. The motion was founded upon Mr. *Bouck's* affidavit, that *Seely* is his tenant of the *locus in quo.* It was not stated, in the affidavit, that the tenant had neglected or refused to appear.

*Tiffany*, contra, objected, that the landlord could not be admitted to defend alone, unless the tenant first neglected or refused to appear ;(a) and of this opinion was *the Court*,(b) and a rule was made that *Bouck* be admitted to defend jointly with *Seely.*

(a) 1 *R. L.* 443, *s.* 30.
(b) *Hobson* v. *Dobson, Barn.* 179, and 2 *Sell. Pr.* 102, *S. P.*